54 So.2d 632

### T. J. PITTMAN v. STATE.
### 5 Div. 521.

Supreme Court of Alabama.

Oct. 25, 1951.

Robt. E. Varner and Henry Neill Segrest, Tuskegee, for petitioner.

Si Garrett, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of T. J. Pittman for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Pittman v. State, Ala. App., 54 So.2d 630.

Writ denied.

LIVINGSTON, C. J., and BROWN and STAKELY, JJ., concur.